# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| Michael G. Naessens,<br><br>    Plaintiff(s),<br><br>v.<br><br>Bank of America, N.A.,<br><br>    Defendant(s). | Case No. 2:25-cv-01079-RFB-NJK<br><br>**Order**<br><br>[Docket No. 66] |

On June 23, 2025, the Court granted Plaintiff's motion to file electronically. Docket No. 6 at 2. Pending before the Court now is Plaintiff's motion to "enforce" that prior order. Docket No. 66. The motion accuses the Clerk's Office of failing to correct issues with his CM/ECF account or to correct clerical errors on the docket. *See id.* at 2. Plaintiff indicates that "[t]hese problems are purely clerical." *Id.* At bottom, the motion asks for judicial intervention to "direct the Clerk" to make corrections. *See id.* at 3. The motion identifies no legal authority in support of that relief and the types of issues identified fall within the province of the Clerk's Office. *See, e.g.*, Local Rule IC 1-1(a), (e), (g). The Court is not persuaded that judicial intervention is warranted, so Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: September 24, 2025

                                        _____
                                        Nancy J. Koppe
                                        United States Magistrate Judge

1