UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael G. Naessens,<br><br>    Plaintiff(s),<br><br>v.<br><br>Bank of America, N.A.,<br><br>    Defendant(s). | Case No. 2:25-cv-01079-RFB-NJK<br><br>**Order**<br><br>[Docket No. 74] |

Pending before the Court is Plaintiff's motion for protective order. Docket No. 74.[1] Defendant filed a response. Docket No. 85. No reply was filed.

Plaintiff's motion seeks to place into the record photos he says show medical issues and to protect those records from dissemination. The filing exposes a few misunderstandings. First, the pending motion seeks to lodge exhibits while also indicating that Plaintiff does not seek any ruling or relief as to those exhibits at this time. The Court is not a depository for evidence. Exhibits should only be filed with the Court when they are pertinent to live, pending disputes. Second, the pending motion seeks protection as to information that Plaintiff has already filed on the public docket. Once a party files documents on the public docket, they are available to the public. As a practical matter, the Court has limited ability to take information that is already in the public domain and to make it secret. With those clarifications, the Court will seal the motion for protective order and the exhibits thereto in an effort to limit further dissemination of the information provided.[2]

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] To the extent the motion intends to seek some other relief, it is denied without prejudice. *See* Local Rule IC 2-2(b).

1

1      Accordingly, the Court **GRANTS** the motion for protective order only in that the Clerk's Office is **INSTRUCTED** to seal Docket No. 74 and the exhibits thereto.

     IT IS SO ORDERED.

     Dated: October 22, 2025

                                                             Nancy J. Koppe
                                                             United States Magistrate Judge